UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

LAWRENCE YOUNG,

                                Plaintiff,                      *Civil Action No.*

          -against-                      **1:18-cv-02808-KPF**

ANTHEM HEALTH SERVICE, INC.,

                             Defendants.

-------------------------------------X

## <u>NOTICE OF SETTLEMENT</u>

      PLEASE TAKE NOTICE that Plaintiff, LAWRENCCE YOUNG, on behalf of himself and others similarly situated, and Defendant, ANTHEM HEALTH SERVICES, INC., hereby notify this Honorable Court that the parties have reached a settlement in principle in the above-referenced case among all parties. The formal settlement agreement is in the process of being drafted.

      Accordingly, the Parties jointly and respectfully request a 30-day order be issued.

Dated: May 31, 2018

                           _/s/ Bradly Marks _
                           BRADLY MARKS
                           The Marks Law Firm, PC
                           175 Varick Street, 3rd Fl,
                           New York, NY 10014
                           T: 646-770-3775