USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __July 2, 2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

ANTHEM HEALTH SERVICES, INC.,

    Defendant.

Case No. 1:18-cv-02808-KPF

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lawrence Young ("Plaintiff") and Defendant Anthem, Inc. (incorrectly identified in as "Anthem Health Services, Inc." in the Complaint) ("Defendant"), by and through Plaintiff's undersigned counsel and Defendant's undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorney's fees.

Dated: New York, New York
July 2, 2018

**SEYFARTH SHAW LLP**

By_____
Samuel Sverdlov
620 8th Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5547
*Attorneys for Defendant*

**THE MARKS LAW FIRM, P.C.**

By_____
Bradly G. Marks, Esq.
175 Varick Street, Third Floor
New York, NY 10014
Telephone: (646) 770-3775
*Attorneys for Plaintiff*

**SO ORDERED** this _2nd_ day of ___July___, **2018**

_____
**HON. KATHERINE POLK FAILLA, U.S.D.J.**

47411344v.1